Mette H. Kurth (SBN 187100)
Alexander R. Smart (SBN 253059)
**ARENT FOX LLP**
555 W. Fifth Street, 48th Floor
Los Angeles, California 90013
Telephone:   213.629.7400
Facsimile:   213.629.7401

*Proposed* Counsel for the Official Committee of
Unsecured Creditors for Right Start Acquisition
Company and BabyStyle, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>**RIGHT START ACQUISITION COMPANY,**[1]<br><br>Debtor. | Case Nos. 09-11132 and 09-11141 (MT)<br><br>Chapter 11<br><br>(Jointly Administered under Case No. 09-11132)<br><br>***AMENDED* PROOF OF SERVICE** |
| In re:<br><br>**BABYSTYLE, INC.,**[2]<br><br>Debtor. | |
| _X_  Affects all Debtors | |

---

[1] The Debtor is Right Start Acquisition Company, a Delaware corporation, Federal Tax ID No. 38-3694284. The Debtor's address is 26635 Agoura Road, Suite 201, Calabasas, CA 91302.

[2] The Debtor is Babystyle, Inc., a Delaware corporation, Federal Tax ID No. 26-2823922. The Debtor's address is 1901 S. Bundy Drive, Los Angeles, CA 90025.

I am a citizen of the United States. My business address is Arent Fox LLP, 555 W. Fifth Street, 48th Floor, Los Angeles, California 90013. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**(1) NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF SETTLEMENT AGREEMENT WITH WELLS FARGO BANK, NATIONAL ASSOCIATION RE SCOPE OF LENDERS' SECURITY INTERESTS; and (2) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF SETTLEMENT AGREEMENT WITH WELLS FARGO BANK, NATIONAL ASSOCIATION RE SCOPE OF LENDERS' SECURITY INTERESTS**

☒ (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

******SEE ATTACHED SERVICE LIST*****

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 31, 2009 at Los Angeles, California.

Omelia Chan

# SERVICE LIST

**OTHER INTERESTED PARTIES:**

| | |
|---|---|
| Sunshine Kids Juvenile Products LLC<br>3104 142nd Avenue E<br>Suite 105<br>Sumner, WA 98390<br>Attn: Brad Keller | Bob Trailers, Inc.<br>5475 Gage Street<br>Boise, ID 83706<br>Attn: JoAnn Miracle |
| United Parcel Service<br>RMS<br>307 International Circle<br>Suite 270<br>Hunt Valley, MD 21030<br>Attn: Steven D. Sass | International Playthings LLC<br>75D Lackawanna Avenue<br>Parsippany, NJ 07054<br>Attn: Robert Marriello |
| DZ Trading Ltd<br>58 West 40th Street<br>8th Floor<br>New York, N 10018 | RP Digital Services, Inc.<br>PIACS<br>5800 S. Eastern Avenue<br>Suite 400<br>City of Commerce, CA 90040 |
| 2001 North Sepulveda Holding LLC<br>C/O Farid Novian<br>1801 Century Park East<br>Suite 201<br>Los Angeles, California 90067 | Kristen N. Pate<br>110 N. Wacker<br>Chicago, Illinois 60606 |
| John S. Kaplan<br>Perkins Coie LLP<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101-3099 | Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, California 90067 |

| In re: | | CHAPTER 11 |
|---|---|---|
| RIGHT START ACQUISITION COMPANY, | | |
| | Debtor(s). | CASE NUMBER 09-11132 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**ARENT FOX LLP, 555 West Fifth Street, 48th Floor, Los Angeles, California 90013**

A true and correct copy of the foregoing document described ***AMENDED* PROOF OF SERVICE OF (1) NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF SETTLEMENT AGREEMENT WITH WELLS FARGO BANK, NATIONAL ASSOCIATION RE SCOPE OF LENDERS' SECURITY INTERESTS; and (2) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF SETTLEMENT AGREEMENT WITH WELLS FARGO BANK, NATIONAL ASSOCIATION RE SCOPE OF LENDERS' SECURITY INTERESTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 31, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**\*\*\*\*\*\*\*\*\*\*\*SEE ATTACHED SERVICE LIST\*\*\*\*\*\*\*\*\*\*\*\***

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 31, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*\*\*\*\*\*\*\*\*\*SEE ATTACHED SERVICE LIST\*\*\*\*\*\*\*\*\*\*\*\***

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/09 | Gwendolyn West | *(signed)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| In re: RIGHT START ACQUISITION COMPANY, Debtor(s). | CHAPTER: 11 CASE NUMBER: 09-11132 |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**
SERVED BY PERSONAL OR OVERNIGHT SERVICE

Hon. Maureen A. Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 325
Woodland Hills, California 91367

SERVED ELECTRONICALLY

1. hrafatjoo@pszjlaw.com
2. psinger@pszjlaw.com
3. jennifer.l.braun@usdoj.gov
4. kate.bunker@usdoj.gov
5. joshua.wayser@kattenlaw.com
6. brian.huben@kattenlaw.com
7. resterkin@morganlewis.com
8. knewman@menterlaw.com
9. bmoldo@mdfslaw.com
10. tmelendez@mdfslaw.com
11. carole.levine@kattenlaw.com
12. mark.conzelmann@kattenlaw.com
13. jeffrey.chadwick@kattenlaw.com
14. jkrieger@ggfirm.com
15. jpostnikoff@gpalaw.com
16. mmoffitt@allenmatkins.com
17. ssoesq@aol.com
18. spolard@perkinscoie.com
19. ksuk@pszjlaw.com
20. ustpregion16.wh.ecf@usdoj.gov
21. cmcintire@buchalter.com
22. nhotchkiss@trainorfairbrook.com
23. william.novotny@mwmf.com
24. rrapoport@prllplaw.com

SERVED BY U.S. MAIL

Sunshine Kids Juvenile Products LLC
3104 142nd Avenue E
Suite 105
Sumner, WA 98390
Attn: Brad Keller

United Parcel Service
RMS
307 International Circle
Suite 270
Hunt Valley, MD 21030
Attn: Steven D. Sass

DZ Trading Ltd
58 West 40th Street
New York, N 10018

2001 North Sepulveda Holding LLC
C/O Farid Novian
1801 Century Park East, Suite 201
Los Angeles, California 90067

John S. Kaplan Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

Bob Trailers, Inc.
5475 Gage Street
Boise, ID 83706
Attn: JoAnn Miracle

International Playthings LLC
75D Lackawanna Avenue
Parsippany, NJ 07054
Attn: Robert Marriello

RP Digital Services, Inc.
PIACS
5800 S. Eastern Avenue, Suite 400
City of Commerce, CA 90040

Kristen N. Pate
110 N. Wacker
Chicago, Illinois 60606

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, California 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     F 9013-3.1