Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: hrafatjoo@pszjlaw.com
       psinger@pszjlaw.com

Attorneys for Right Start Acquisition Company and
Babystyle, Inc., Debtors and Debtors in Possession

FILED & ENTERED

AUG 19 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>RIGHT START ACQUISITION COMPANY,[1]<br><br>        Debtor | Case No.: 09-11132<br><br>Chapter 11<br><br>(Jointly Administered) |
| In re:<br><br>BABYSTYLE, INC.[2]<br><br>        Debtor | Case No.: 09-11141<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER GRANTING MOTION OF DEBTORS FOR AN ORDER APPROVING SETTLEMENT AGREEMENT**<br><br>[*No hearing required.*] |
| ☒   Affects all Debtors. | |

The Court has considered the *Notice of Motion and Motion of Debtors for an Order Approving Settlement Agreement* (the "Motion") and the *Declaration of Alfred M. Masse in Support of Motion of Debtors for an Order Approving Settlement Agreement,* which were filed on July 2, 2009 and which have Docket No. 321.  The Court has also reviewed the *Declaration of Pamela E. Singer Regarding Service of and Lack of Opposition to Notice of Motion and Motion of Debtors for*

---

[1] The Debtor is Right Start Acquisition Company, a Delaware corporation, Federal Tax ID No. 38-3694284.

[2] The Debtor is Babystyle, Inc., a Delaware corporation, Federal Tax ID No. 26-2823922.

74584-002\DOCS_SF:66541.3

*an Order Approving Settlement Agreement,* filed on July 23, 2009 [Docket No. 338]. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

The Court finds that notice of the Motion was appropriate, that the Settlement attached to the Motion as Exhibit A is reasonable and in the best interest of creditors, and that the Motion and the supporting declaration of Alfred M. Masse establish that the Settlement described in the Motion meets the Ninth Circuit's standards for approval of a compromise and settlement.

Based upon the foregoing, and upon all the papers filed in support of the Motion, including the supporting declaration of Alfred M. Masse, due deliberation having been held thereon, and sufficient cause appearing therefor; it is hereby

ORDERED as follows:

1. The Motion is approved in all respects;

2. The Debtors are authorized to enter into the Settlement and the Settlement is approved, including the full releases by the parties as set forth in Section 6 of the Settlement; and

3. The transactions contemplated by the Settlement are approved.

###

DATED: August 19, 2009

_____
United States Bankruptcy Judge

| In re: Right Start Acquisition Company, et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-11132 |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Granting Motion to Approve Debtor in Possession Financing was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 23, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See Attached Service List

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See Attached Service List

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

74584-002\DOCS_SF:66541.3

American LegalNet, Inc.

| In re: Right Start Acquisition Company, et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-11132 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

# I. TO BE SERVED VIA NEF:

Jennifer.l.braun@usdoj.gov
kate.bunker@usdoj.gov
cmcintire@buchalter.com
lekvall@wgllp.com
resterkin@morganlewis.com
nhotchkiss@trainorfairbook.com
brian.huben@kattenlaw.com
carole.levine@kattenlaw.com
donna.carolo@kattenlaw.com
laura.nefsky@kattenlaw.com
jay.hurst@oag.state.tx.us
mjewett-brewster@reedsmith.com
jkrieger@ggfirm.com
kurth.mette@arentfox.com
ffm@bostonbusinesslaw.com
mmoffitt@allenmatkins.com
bmoldo@mdfslaw.com
tmelendez@mdfslaw.com
bcumosner@atg.wa.gov
murphyb@hbdlawyers.com
knewman@menterlaw.com
william.novotny@mwmf.com
ssoesq@aol.com
spolard@perkinscoie.com
jpostnikoff@gpalaw.com
hrafatjoo@pszjlaw.com
rrapoport@prllplaw.com
lgillis@prllplaw.com
psinger@pszjlaw.com
ksuk@pszjlaw.com
Karen.stapleton@loudoun.gov
ustpregion16.wh.ecf@usdoj.gov
joshua.wayser@kattenlaw.com
dallas.bankruptcy@publicans.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

74584-002\DOCS_SF:66541.3

American LegalNet, Inc.

## III. TO BE SERVED BY THE LODGING PARTY:

| VIA US MAIL | VIA EMAIL | VIA EMAIL |
|---|---|---|
| Right Start Acquisition Company<br>BabyStyle, Inc.<br>Kenton Van Harten<br>Hancock Park Associates<br>1880 Century Park East<br>Suite 900<br>Los Angeles, CA 90067 | Office of the United States Trustee<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367<br>Email: kate.bunker@usdoj.gov | **Counsel for the Official Committee of Unsecured Creditors**<br>Mette H. Kurth<br>Arent Fox LLP<br>Gas Company Tower<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Email: kurth.mette@arentfox.com |
| **VIA EMAIL**<br><br>Susie Seflin<br>email: sks@seflinlaw.net | **VIA EMAIL**<br><br>Benjamin Levy<br>Benjamin.Levy@maersk.com | **VIA EMAIL**<br><br>Rice/Kelvin Partners, Ltd.<br>Attn: Gregory A. DeGeorge<br>5700 Woodway Drive, Suite 200<br>Houston, TX 77057<br>Email: gregdegeorge@sbcglobal.net |
| **VIA EMAIL**<br><br>Richard F. Mortensen<br>Corporate Counsel<br>Oversock.com, Inc.<br>6350 So. 3000 East<br>Salt Lake City, UT 84121<br>rmortensen@overstock.com | **VIA EMAIL**<br><br>Lowenstein Sandler PC<br>Attn: Michael Buxbaum, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Mbuxbaum@lowenstein.com | **VIA EMAIL**<br><br>David S. Kupetz<br>Steven F. Werth<br>Jeff Pomerance<br>SulmeyerKupetz<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071-1406<br>dkupetz@sulmeyerlaw.com<br>swerth@sulmeyerlaw.com<br>jpomerance@sulmeyerlaw.com |
| **SECURED CREDITORS** | | |
| **VIA US MAIL**<br><br>New Breed National Headquarters<br>Attn: Richard Valitutto<br>4043 Piedmont Parkway<br>High Point, NC 27265 | **VIA US MAIL**<br><br>Wells Fargo Business Credit<br>245 S. Los Robles Ave .#700<br>Pasadena, CA 91101 | **VIA US MAIL**<br><br>Gilbert Company, Inc.<br>P.O. Box 89-4417<br>Los Angeles, CA 90189-4417 |
| **VIA US MAIL**<br><br>**Counsel to Gilbert Company**<br>Michael F. Gooch<br>Vice President of Finance<br>Hancock Park Associates<br>1880 Century Park East, Suite 900<br>Los Angeles, CA 90067 | **VIA EMAIL**<br><br>**Counsel to Wells Fargo Business Credit**<br>Richard Esterkin<br>Morgan Lewis & Bockius<br>300 South Grand Ave, 22nd Fl.<br>Los Angeles, CA 90071-3132<br>email: resterkin@morganlewis.com;<br>jmjack@morganlewis.com | |
| **EQUITY HOLDER** | | |
| **VIA US MAIL**<br><br>Hancock Park Capital 2, L.P.<br>1880 Century Park East<br>Suite 900<br>Los Angeles, CA 90067 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*        **F 9021-1.1**

74584-002\DOCS_SF:66541.3

American LegalNet, Inc.

| **REQUEST FOR SPECIAL NOTICE** | | |
|---|---|---|
| **VIA EMAIL**<br><br>**Counsel for The Macerich Company, Westfield LLC, and RREEF Management Company**<br>Thomas J. Leanse<br>Brian D. Huben<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Fax: 310-788-4471<br>Email: brian.huben@kattenlaw.com<br>Thomas.leanse@kattenlaw.com | **VIA EMAIL**<br><br>**Counsel for GGP Limited Partnership, as Agent**<br>Kristen N. Pate<br>GGP Limited Partnership, as Agent<br>110 N. Wacker Drive<br>Chicago, IL 60606<br>Fax: 312-442-6374<br>Email: ggpbk@ggp.com | **VIA EMAIL**<br><br>**Counsel for The Shops at Legacy (Inland) Leasing, L.P.**<br>Kevin M. Newman, Esq.<br>Menter, Rudin & Trivelpiece, PC<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>Fax: 315-474-4040<br>Email: knewman@menterlaw.com |
| **VIA EMAIL**<br><br>**Counsel for New Breed Logistics, Inc.**<br>Joshua D. Wayser<br>Stuart M. Richter<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Fax: 310-788-4471<br>Email:<br>Joshua.wayser@kattenlaw.com<br>stuart.richter@kattenlaw.com | **VIA US MAIL**<br><br>Hosung NY Trading, Inc.<br>300 Kingsland Ave<br>Brooklyn, NY 11222 | **VIA EMAIL**<br><br>**Counsel for 2001 North Sepulveda Holding, LLC**<br>Farid Novian, Esq.<br>Novian & Novian<br>1801 Century Park East, Suite 1201<br>Los Angeles, CA 90067<br>Email: farid@novianlaw.com |
| **VIA EMAIL**<br><br>**Counsel to Webster Wayne Shopping Center, Ltd.**<br>Jeffrey M. Levinson, Esq.<br>Margulies & Levinson LLP<br>30100 Chagrin Blvd.<br>Suite 250<br>Cleveland, Ohio 44124<br>Email: jml@ml-legal.com | **VIA EMAIL**<br><br>**Counsel to Arcadia Group (Hong Kong) and Westburg Garment FTY LT**<br>Byron Z. Moldo<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>email: bmoldo@ecjlaw.com | **VIA EMAIL**<br><br>**Counsel for The Roseville Fountains, LP**<br>Nancy Hotchkiss, Esq.<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825<br>nhotchkiss@trainorfairbrook.com |
| **VIA EMAIL**<br><br>Michael J. Seibert<br>Stone Canyon Management LLC<br>150 S. Barrington Place<br>Los Angeles, CA 90049<br>mseibert@scvp.com | **VIA EMAIL**<br><br>**Attorneys for Landlord Creditors MS LPC Malibu Property Holdings, LLC**<br>Edwin I. Lasman, Esq.<br>Sacha V. Emanuel, Esq.<br>Case, Knowlson & Jordan, LLP<br>2029 Century Park East, Suite 2500<br>Los Angeles, CA 90067<br>Email: elasman@ckjlaw.com<br>semanuel@ckjlaw.com | **VIA EMAIL**<br><br>**Attorneys for ARCO GENERAL**<br>Robert Sprague<br>Law Offices of Robert Sprague<br>3701 Sacramento Street, Suite 292<br>San Francisco, CA 94118-1705<br>Email: spraguelaw@yahoo.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*        **F 9021-1.1**

74584-002\DOCS_SF:66541.3

American LegalNet, Inc.

| **VIA US MAIL** | **VIA US MAIL** | **VIA US MAIL** |
|---|---|---|
| **Attorneys for ARCO GENERAL**<br>Timothy S. O'Hara, Esq.<br>Attorney at Law<br>1611 Borel Place, Suite 6<br>San Mateo, CA 94402-3504 | **Attorneys for the Texas Comptroller of Public Accounts**<br>Jay W. Hurst<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Zachary Mosner<br>Assistant Attorney General<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104-3188 |
| **VIA EMAIL**<br><br>Steven B. Flancher<br>Assistant Attorney General<br>PO Box 30754<br>Lansing, MI 48909<br>Email: FlancherS@michigan.gov | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

74584-002\DOCS_SF:66541.3

American LegalNet, Inc.