Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: hrafatjoo@pszjlaw.com
psinger@pszjlaw.com

Attorneys for Right Start Acquisition Company and
Babystyle, Inc., Debtors and Debtors in Possession

**FILED & ENTERED**

**SEP 04 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>RIGHT START ACQUISITION COMPANY,[1]<br><br>    Debtor | Case No.: 09-11132<br><br>Chapter 11<br>(Jointly Administered) |
| In re:<br><br>BABYSTYLE, INC.[2]<br><br>    Debtor | Case No.: 09-11141<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER DENYING HOPE NEIMAN SARKOWSKY'S REQUEST FOR PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM**<br><br>Date: August 24, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 302<br>    21041 Burbank Boulevard<br>    Woodland Hills, CA 91367<br>Judge: Maureen A. Tighe |
| ☒ Affects all Debtors. | |

On August 24, 2009, before the Honorable Maureen A. Tighe, United States Bankruptcy Judge, a hearing was held to consider the *Request for Payment of Administrative Priority Claim*, filed on May 27, 2009 [Docket No. 271] by Hope Neiman Sarkowsky (the "Administrative Claim")

---

[1] The Debtor is Right Start Acquisition Company, a Delaware corporation, Federal Tax ID No. 38-3694284.

[2] The Debtor is Babystyle, Inc., a Delaware corporation, Federal Tax ID No. 26-2823922.

and the *Debtor's Objection to Request for Payment of Administrative Priority Claim Filed by Hope Neiman Sarkowsky* (the "Objection"). On August 28, 2009, the Court entered its *Notice of Posting of Tentative Ruling, Adopted as Court's Ruling re: Debtor's Objection to Request for Payment of Administrative Priority Claim Filed by Hope Neiman Sarkowsky* (the "Court's Ruling").

Pamela E. Singer appeared on behalf of Right Start Acquisition Company and Babystyle, Inc., debtors and debtors in possession herein (collectively, the "Debtors"). Mette H. Kurth appeared on behalf of the Official Committee of Unsecured Creditors (the "Committee"). Jeffrey C. Krause appeared on behalf of Ms. Sarkowsky.

In the Administrative Claim, Ms. Sarkowsky requested payment on an administrative priority basis of $117,000 (the "Severance Claim") and requested payment on an administrative priority basis of $22,475 (the "Pay Reduction Claim"). In the Objection, the Debtors requested that the Court enter an order disallowing the Administrative Claim in its entirety.

The Court having considered the Administrative Claim, including the Severance Claim and the Pay Reduction Claim, having also considered the Debtors' objection to the allowance of the Administrative Claim and the Committee's joinder in the Debtors' objection, Ms. Sarkowsky's response thereto, and having heard and considered the arguments of counsel at the hearing, having issued the Court's Ruling and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The Severance Claim is disallowed in its entirety as an administrative claim against the Debtors' estates;

2. The Pay Reduction Claim is denied in its entirety.

3. No Order is made with respect to whether the Severance Claim should be allowed in any amount on a general unsecured basis and this Order is without prejudice to the rights of any parties with respect thereto, except that the Severance Claim shall not be disallowed as a general unsecured claim on the basis that it was not timely filed.

4. No Order is made with respect to whether the Severance Claim, to the extent that it may be an allowed claim, may be paid by the Debtors pursuant to Bankruptcy Code section 503(c)(2) or otherwise.

###0

DATED: September 4, 2009

_____
United States Bankruptcy Judge

| In re: Right Start Acquisition Company, et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-11132 |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Granting Motion to Approve Debtor in Possession Financing was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 23, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See Attached Service List

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See Attached Service List

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
74584-002\DOCS_SF:67145.2

**F 9021-1.1**

American LegalNet, Inc.

| In re: Right Start Acquisition Company, et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-11132 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

## I. TO BE SERVED VIA NEF:

Jennifer.l.braun@usdoj.gov
kate.bunker@usdoj.gov
cmcintire@buchalter.com
lekvall@wgllp.com
resterkin@morganlewis.com
nhotchkiss@trainorfairbook.com
brian.huben@kattenlaw.com
carole.levine@kattenlaw.com
donna.carolo@kattenlaw.com
laura.nefsky@kattenlaw.com
jay.hurst@oag.state.tx.us
mjewett-brewster@reedsmith.com
jkrieger@ggfirm.com
kurth.mette@arentfox.com
ffm@bostonbusinesslaw.com
mmoffitt@allenmatkins.com
bmoldo@mdfslaw.com
tmelendez@mdfslaw.com
bcumosner@atg.wa.gov
murphyb@hbdlawyers.com
knewman@menterlaw.com
william.novotny@mwmf.com
ssoesq@aol.com
spolard@perkinscoie.com
jpostnikoff@gpalaw.com
hrafatjoo@pszjlaw.com
rrapoport@prllplaw.com
lgillis@prllplaw.com
psinger@pszjlaw.com
ksuk@pszjlaw.com
Karen.stapleton@loudoun.gov
ustpregion16.wh.ecf@usdoj.gov
joshua.wayser@kattenlaw.com
dallas.bankruptcy@publicans.com

## III. TO BE SERVED BY THE LODGING PARTY:

| VIA US MAIL | VIA EMAIL | VIA EMAIL |
|---|---|---|
| Right Start Acquisition Company<br>BabyStyle, Inc.<br>Kenton Van Harten<br>Hancock Park Associates<br>1880 Century Park East<br>Suite 900<br>Los Angeles, CA 90067 | Office of the United States Trustee<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367<br>Email: kate.bunker@usdoj.gov | **Counsel for the Official Committee of Unsecured Creditors**<br>Mette H. Kurth<br>Arent Fox LLP<br>Gas Company Tower<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Email: kurth.mette@arentfox.com |
| **VIA EMAIL**<br><br>Susie Seflin<br>email: sks@seflinlaw.net | **VIA EMAIL**<br><br>Benjamin Levy<br>Benjamin.Levy@maersk.com | **VIA EMAIL**<br><br>Rice/Kelvin Partners, Ltd.<br>Attn: Gregory A. DeGeorge<br>5700 Woodway Drive, Suite 200<br>Houston, TX 77057<br>Email: gregdegeorge@sbcglobal.net |
| **VIA EMAIL**<br><br>Richard F. Mortensen<br>Corporate Counsel<br>Oversock.com, Inc.<br>6350 So. 3000 East<br>Salt Lake City, UT 84121<br>rmortensen@overstock.com | **VIA EMAIL**<br><br>Jeffrey C. Krause<br>Stutman Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Email: JKrause@Stutman.com | **VIA US MAIL**<br><br>Hope Neiman Sarkowsky<br>16511 Alyse Court<br>Encino, CA 91436 |
| **SECURED CREDITORS** | | |
| **VIA US MAIL**<br><br>New Breed National Headquarters<br>Attn: Richard Valitutto<br>4043 Piedmont Parkway<br>High Point, NC 27265 | **VIA US MAIL**<br><br>Wells Fargo Business Credit<br>245 S. Los Robles Ave .#700<br>Pasadena, CA 91101 | **VIA US MAIL**<br><br>Gilbert Company, Inc.<br>P.O. Box 89-4417<br>Los Angeles, CA 90189-4417 |
| **VIA US MAIL**<br><br>**Counsel to Gilbert Company**<br>Michael F. Gooch<br>Vice President of Finance<br>Hancock Park Associates<br>1880 Century Park East, Suite 900<br>Los Angeles, CA 90067 | **VIA EMAIL**<br><br>**Counsel to Wells Fargo Business Credit**<br>Richard Esterkin<br>Morgan Lewis & Bockius<br>300 South Grand Ave, 22nd Fl.<br>Los Angeles, CA 90071-3132<br>email: resterkin@morganlewis.com;<br>jmjack@morganlewis.com | |
| **EQUITY HOLDER** | | |
| **VIA US MAIL**<br><br>Hancock Park Capital 2, L.P.<br>1880 Century Park East<br>Suite 900<br>Los Angeles, CA 90067 | | |

| REQUEST FOR SPECIAL NOTICE | | |
|---|---|---|
| **VIA EMAIL**<br><br>**Counsel for The Macerich Company, Westfield LLC, and RREEF Management Company**<br>Thomas J. Leanse<br>Brian D. Huben<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Fax: 310-788-4471<br>Email: brian.huben@kattenlaw.com<br>Thomas.leanse@kattenlaw.com | **VIA EMAIL**<br><br>**Counsel for GGP Limited Partnership, as Agent**<br>Kristen N. Pate<br>GGP Limited Partnership, as Agent<br>110 N. Wacker Drive<br>Chicago, IL 60606<br>Fax: 312-442-6374<br>Email: ggpbk@ggp.com | **VIA EMAIL**<br><br>**Counsel for The Shops at Legacy (Inland) Leasing, L.P.**<br>Kevin M. Newman, Esq.<br>Menter, Rudin & Trivelpiece, PC<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>Fax: 315-474-4040<br>Email: knewman@menterlaw.com |
| **VIA EMAIL**<br><br>**Counsel for New Breed Logistics, Inc.**<br>Joshua D. Wayser<br>Stuart M. Richter<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Fax: 310-788-4471<br>Email:<br>Joshua.wayser@kattenlaw.com<br>stuart.richter@kattenlaw.com | **VIA US MAIL**<br><br>Hosung NY Trading, Inc.<br>300 Kingsland Ave<br>Brooklyn, NY 11222 | **VIA EMAIL**<br><br>**Counsel for 2001 North Sepulveda Holding, LLC**<br>Farid Novian, Esq.<br>Novian & Novian<br>1801 Century Park East, Suite 1201<br>Los Angeles, CA 90067<br>Email: farid@novianlaw.com |
| **VIA EMAIL**<br><br>**Counsel to Webster Wayne Shopping Center, Ltd.**<br>Jeffrey M. Levinson, Esq.<br>Margulies & Levinson LLP<br>30100 Chagrin Blvd.<br>Suite 250<br>Cleveland, Ohio 44124<br>Email: jml@ml-legal.com | **VIA EMAIL**<br><br>**Counsel to Arcadia Group (Hong Kong) and Westburg Garment FTY LT**<br>Byron Z. Moldo<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>email: bmoldo@ecjlaw.com | **VIA EMAIL**<br><br>**Counsel for The Roseville Fountains, LP**<br>Nancy Hotchkiss, Esq.<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825<br>nhotchkiss@trainorfairbrook.com |
| **VIA EMAIL**<br><br>Michael J. Seibert<br>Stone Canyon Management LLC<br>150 S. Barrington Place<br>Los Angeles, CA 90049<br>mseibert@scvp.com | **VIA EMAIL**<br><br>**Attorneys for Landlord Creditors MS LPC Malibu Property Holdings, LLC**<br>Edwin I. Lasman, Esq.<br>Sacha V. Emanuel, Esq.<br>Case, Knowlson & Jordan, LLP<br>2029 Century Park East, Suite 2500<br>Los Angeles, CA 90067<br>Email: elasman@ckjlaw.com<br>semanuel@ckjlaw.com | **VIA EMAIL**<br><br>**Attorneys for ARCO GENERAL**<br>Robert Sprague<br>Law Offices of Robert Sprague<br>3701 Sacramento Street, Suite 292<br>San Francisco, CA 94118-1705<br>Email: spraguelaw@yahoo.com |

| **VIA US MAIL**<br><br>**Attorneys for ARCO GENERAL**<br>Timothy S. O'Hara, Esq.<br>Attorney at Law<br>1611 Borel Place, Suite 6<br>San Mateo, CA 94402-3504 | **VIA US MAIL**<br><br>**Attorneys for the Texas Comptroller of Public Accounts**<br>Jay W. Hurst<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | **VIA US MAIL**<br><br>Zachary Mosner<br>Assistant Attorney General<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104-3188 |
|---|---|---|
| **VIA EMAIL**<br><br>Steven B. Flancher<br>Assistant Attorney General<br>PO Box 30754<br>Lansing, MI 48909<br>Email: FlancherS@michigan.gov | | |