Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (CA Bar No. 224758)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: hrafatjoo@pszjlaw.com
       psinger@pszjlaw.com

Attorneys for Right Start Acquisition Company and
Babystyle, Inc., Debtors and Debtors in Possession

FILED & ENTERED

OCT 21 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY marshall DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>RIGHT START ACQUISITION COMPANY,[1]<br><br>           Debtor | Case No.: 09-11132<br><br>Chapter 11<br><br>(Jointly Administered) |
| In re:<br><br>BABYSTYLE, INC.[2]<br><br>           Debtor | Case No.: 09-11141<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER TO SHOW CAUSE WHY ARCO GENERAL SHOULD NOT BE FOUND IN CONTEMPT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY** |
| ☒   Affects all Debtors. | |

This matter came before the Court upon the *Notice of Motion and Motion For an Order of Contempt for Willful Violation of the Automatic Stay* (the "Motion") filed by the above-captioned debts and debtors in possession on October 12, 2009 [Docket No. 370].

---

[1] The Debtor is Right Start Acquisition Company, a Delaware corporation, Federal Tax ID No. 38-3694284.

[2] The Debtor is Babystyle, Inc., a Delaware corporation, Federal Tax ID No. 26-2823922.

74584-002\DOCS_SF:67934.3

**THE COURT HEREBY FINDS:**

A. On October 12, 2009, the above-captioned debtors and debtors in possession (the "Debtors") served the Motion upon Arco General, a California Limited Partnership ("Arco").

B. The Debtors also served notice (the "Notice") that a response to the Motion was due fourteen days before the hearing set forth in the Notice and that the hearing was November 9, 2009 at 10:00 a.m.

C. On October 19, 2009, the Debtors served a proposed form of this Order, with blanks for the date of the hearing and for the deadlines to file responses and replies with respect to the Motion.

**IT IS HEREBY ORDERED** that:

1. Arco must show cause, if any there is, why Arco should not be held in contempt for the following allegedly contemptuous conduct: commencing an action on September 17, 2009 against the above-captioned debtor, Right Start Acquisition Corporation ("Right Start"), in the Superior Court of California, San Mateo County (the "State Court Action") for declaratory relief with respect to $10,440 that Right Start delivered to Arco prepetition.

2. The hearing on the Motion is hereby set at the following time November 9, 2009 at 10:00am and will be held at Courtroom 302, 21041 Burbank Boulevard, Woodland Hills, CA 91367 before the Honorable Judge Maureen A. Tighe.

3. Any response to the Motion must be filed and served on the following date: October 29, 2009. Service must be made upon counsel listed in the upper-left hand corner of this Order with chamber copies delivered to The Honorable Maureen A. Tighe.

4. Any reply to any response to the Motion must be filed and served on the following date: November 3, 2009. Service must be made upon counsel for Arco with chamber copies delivered to The Honorable Maureen A. Tighe.

//
//
//
///

5. At the hearing, the Court may treat as true any uncontroverted facts established by declaration and limit testimony to controverted facts only.

####

DATED: October 21, 2009

_____
United States Bankruptcy Judge

| In re: Right Start Acquisition Company, et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-11132 |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) [PROPOSED] ORDER TO SHOW CAUSE WHY ARCO GENERAL SHOULD NOT BE FOUND IN CONTEMPT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 19, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See Attached Service List

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See Attached Service List

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

74584-002\DOCS_SF:67934.3

American LegalNet, Inc.

| In re: Right Start Acquisition Company, et al. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 09-11132 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

# I. TO BE SERVED VIA NEF:

Jennifer L Braun on behalf of U.S. Trustee United States Trustee (SV)
jennifer.l.braun@usdoj.gov
Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov
Shawn M Christianson on behalf of Interested Party Courtesy NEF'
cmcintire@buchalter.com
Lei Lei Wang Ekvall on behalf of Attorney LMC Right Start, Inc
lekvall@wgllp.com
Richard W Esterkin on behalf of Creditor WELLS FARGO BANK , N.A.
resterkin@morganlewis.com
Nancy Hotchkiss on behalf of Creditor The Roseville Fountains, L.P.
nhotchkiss@trainorfairbrook.com
Brian D Huben on behalf of Creditor RREEF Management Company
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
Jay W Hurst on behalf of Creditor Texas Comptroller of Public Accounts
jay.hurst@oag.state.tx.us
Monique D Jewett-Brewster on behalf of Creditor Oracle USA, Inc.
mjewett-brewster@buchalter.com
Gregory K Jones on behalf of Creditor Hope Sarkowsky
gjones@stutman.com
Stuart I Koenig on behalf of Creditor Anthem Blue Cross
Skoenig@cmkllp.com
Andy Kong on behalf of Creditor Committee Official Creditors Committee O
Kong.Andy@ArentFox.com
Jeffrey A Krieger on behalf of Creditor Maxtana Avenue, LLC
jkrieger@ggfirm.com
Mette H Kurth on behalf of Creditor Committee Official Creditors Committee O
kurth.mette@arentfox.com
Frank F McGinn on behalf of Interested Party Courtesy NEF
ffm@bostonbusinesslaw.com
Marlene M Moffitt on behalf of Creditor Partridge Creek Fashion Park
mmoffitt@allenmatkins.com
Byron Z Moldo on behalf of Creditor Arcadia Group (Hong Kong)
bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
Zachary Mosner on behalf of Creditor Washington State Taxing Agencies
bcumosner@atg.wa.gov
Bennett Murphy on behalf of Creditor The Gilbert Company
murphyb@hbdlawyers.com
Kevin M Newman on behalf of Creditor The Shops at Legacy (Inland) Leasing, L.P.
knewman@menterlaw.com
William Novotny on behalf of Creditor VESTAR/KIMCO TUSTIN, L.P.
william.novotny@mwmf.com
Shai S Oved on behalf of Interested Party Courtesy NEF
ssoesq@aol.com
Steven G Polard on behalf of Creditor Bellevue Square, LLC
spolard@perkinscoie.com

Joseph F Postnikoff on behalf of Interested Party Courtesy NEF
jpostnikoff@gpalaw.com
Hamid R Rafatjoo on behalf of Debtor Babystyle, Inc.
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com
Russell H Rapoport on behalf of Interested Party Russell Rapoport
rrapoport@prllplaw.com, lgillis@prllplaw.com
Pamela E Singer on behalf of Debtor Babystyle, Inc.
psinger@pszjlaw.com, ksuk@pszjlaw.com
Karen J Stapleton on behalf of Creditor County of Loudoun
Karen.Stapleton@loudoun.gov
Stephen C Tingey on behalf of Interested Party Courtesy NEF
stingey@rqn.com
United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov
Joshua D Wayser on behalf of Creditor New Breed Logistics, Inc.
joshua.wayser@kattenlaw.com
Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

## III. TO BE SERVED BY THE LODGING PARTY:

| **VIA US MAIL** | **VIA EMAIL** | **VIA EMAIL** |
|---|---|---|
| Right Start Acquisition Company BabyStyle, Inc. Kenton Van Harten Hancock Park Associates 1880 Century Park East Suite 900 Los Angeles, CA 90067 | Office of the United States Trustee 21051 Warner Center Lane Suite 115 Woodland Hills, CA 91367 Email: kate.bunker@usdoj.gov | **Counsel for the Official Committee of Unsecured Creditors** Mette H. Kurth Arent Fox LLP Gas Company Tower 555 West Fifth Street, 48th Floor Los Angeles, CA 90013 Email: kurth.mette@arentfox.com |
| **VIA EMAIL** | **VIA EMAIL** | **VIA EMAIL** |
| Susie Seflin email: sks@seflinlaw.net | Benjamin Levy Benjamin.Levy@maersk.com | Rice/Kelvin Partners, Ltd. Attn: Gregory A. DeGeorge 5700 Woodway Drive, Suite 200 Houston, TX 77057 Email: gregdegeorge@sbcglobal.net |
| **VIA EMAIL** | **VIA EMAIL** | **VIA US MAIL** |
| Richard F. Mortensen Corporate Counsel Oversock.com, Inc. 6350 So. 3000 East Salt Lake City, UT 84121 rmortensen@overstock.com | Jeffrey C. Krause Stutman Treister & Glatt 1901 Avenue of the Stars, 12th Floor Los Angeles, California 90067 Email: JKrause@Stutman.com | Hope Neiman Sarkowsky 16511 Alyse Court Encino, CA 91436 |
| | **SECURED CREDITORS** | |
| **VIA US MAIL** | **VIA US MAIL** | **VIA US MAIL** |
| New Breed National Headquarters Attn: Richard Valitutto 4043 Piedmont Parkway High Point, NC 27265 | Wells Fargo Business Credit 245 S. Los Robles Ave .#700 Pasadena, CA 91101 | Gilbert Company, Inc. P.O. Box 89-4417 Los Angeles, CA 90189-4417 |

| VIA US MAIL<br><br>**Counsel to Gilbert Company**<br>Michael F. Gooch<br>Vice President of Finance<br>Hancock Park Associates<br>1880 Century Park East, Suite 900<br>Los Angeles, CA 90067 | VIA EMAIL<br><br>**Counsel to Wells Fargo Business Credit**<br>Richard Esterkin<br>Morgan Lewis & Bockius<br>300 South Grand Ave, 22nd Fl.<br>Los Angeles, CA 90071-3132<br>email: resterkin@morganlewis.com; jmjack@morganlewis.com | |
|---|---|---|
| **EQUITY HOLDER** | | |
| VIA US MAIL<br><br>Hancock Park Capital 2, L.P.<br>1880 Century Park East<br>Suite 900<br>Los Angeles, CA 90067 | | |
| **REQUEST FOR SPECIAL NOTICE** | | |
| VIA EMAIL<br><br>**Counsel for The Macerich Company, Westfield LLC, and RREEF Management Company**<br>Thomas J. Leanse<br>Brian D. Huben<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Fax: 310-788-4471<br>Email: brian.huben@kattenlaw.com<br>Thomas.leanse@kattenlaw.com | VIA EMAIL<br><br>**Counsel for GGP Limited Partnership, as Agent**<br>Kristen N. Pate<br>GGP Limited Partnership, as Agent<br>110 N. Wacker Drive<br>Chicago, IL 60606<br>Fax: 312-442-6374<br>Email: ggpbk@ggp.com | VIA EMAIL<br><br>**Counsel for The Shops at Legacy (Inland) Leasing, L.P.**<br>Kevin M. Newman, Esq.<br>Menter, Rudin & Trivelpiece, PC<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>Fax: 315-474-4040<br>Email: knewman@menterlaw.com |
| VIA EMAIL<br><br>**Counsel for New Breed Logistics, Inc.**<br>Joshua D. Wayser<br>Stuart M. Richter<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Fax: 310-788-4471<br>Email:<br>Joshua.wayser@kattenlaw.com<br>stuart.richter@kattenlaw.com | VIA US MAIL<br><br>Hosung NY Trading, Inc.<br>300 Kingsland Ave<br>Brooklyn, NY 11222 | VIA EMAIL<br><br>**Counsel for 2001 North Sepulveda Holding, LLC**<br>Farid Novian, Esq.<br>Novian & Novian<br>1801 Century Park East, Suite 1201<br>Los Angeles, CA 90067<br>Email: farid@novianlaw.com |
| VIA EMAIL<br><br>**Counsel to Webster Wayne Shopping Center, Ltd.**<br>Jeffrey M. Levinson, Esq.<br>Margulies & Levinson LLP<br>30100 Chagrin Blvd.<br>Suite 250<br>Cleveland, Ohio 44124<br>Email: jml@ml-legal.com | VIA EMAIL<br><br>**Counsel to Arcadia Group (Hong Kong) and Westburg Garment FTY LT**<br>Byron Z. Moldo<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212-2974<br>email: bmoldo@ecjlaw.com | VIA EMAIL<br><br>**Counsel for The Roseville Fountains, LP**<br>Nancy Hotchkiss, Esq.<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825<br>nhotchkiss@trainorfairbrook.com |

| **VIA EMAIL**<br><br>Michael J. Seibert<br>Stone Canyon Management LLC<br>150 S. Barrington Place<br>Los Angeles, CA 90049<br>mseibert@scvp.com | **VIA EMAIL**<br><br>**Attorneys for Landlord Creditors MS LPC Malibu Property Holdings, LLC**<br>Edwin I. Lasman, Esq.<br>Sacha V. Emanuel, Esq.<br>Case, Knowlson & Jordan, LLP<br>2029 Century Park East, Suite 2500<br>Los Angeles, CA 90067<br>Email: elasman@ckjlaw.com<br>semanuel@ckjlaw.com | **VIA EMAIL**<br><br>**Attorneys for ARCO GENERAL**<br>Robert Sprague<br>Law Offices of Robert Sprague<br>3701 Sacramento Street, Suite 292<br>San Francisco, CA 94118-1705<br>Email: spraguelaw@yahoo.com |
|---|---|---|
| **VIA US MAIL**<br><br>**Attorneys for ARCO GENERAL**<br>Timothy S. O'Hara, Esq.<br>Attorney at Law<br>1611 Borel Place, Suite 6<br>San Mateo, CA 94402-3504 | **VIA US MAIL**<br><br>**Attorneys for the Texas Comptroller of Public Accounts**<br>Jay W. Hurst<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | **VIA US MAIL**<br><br>Zachary Mosner<br>Assistant Attorney General<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104-3188 |
| **VIA EMAIL**<br><br>Steven B. Flancher<br>Assistant Attorney General<br>PO Box 30754<br>Lansing, MI 48909<br>Email: FlancherS@michigan.gov | **VIA EMAIL**<br><br>Attorneys for Creditor Bellevue Square, LLC<br>Perkins Coie LLP<br>Attn: Steven G. Polard<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067-1721<br>Email: spolard@perkinscoie.com | **VIA US MAIL**<br><br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |